UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:06-cr-426-T-30MSS |
| CLAUDE HALL, JR. | USM Number: |
| | |
| | Howard Anderson, pda. |
| | Defendant's Attorney |

**THE DEFENDANT:**

___X___ admitted guilt to violation of charge number(s) ONE, TWO, THREE, FOUR, FIVE, SIX, SEVEN, EIGHT, NINE and TEN ___ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| ONE | New conviction for conduct, Issuing Worthless Check, while on supervision (Grade C Violation) | February 23, 2009 |
| TWO | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision (Grade C Violation) | |
| THREE | Failure to answer truthfully in violation of Condition 3 of the Standard Conditions of Supervision (Grade C Violation) | |
| FOUR | New conviction of conduct (Lesser Included Offense) Trespass on Property Other Than Structure or Conveyance, while on supervision in violation of the conditions of supervision (Grade C Violation) | February 18, 2009 |
| FIVE | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision (Grade C Violation) | |
| SIX | New conviction of conduct, Trespass and Larceny With Relation to Utility, while on supervision in violation of the conditions of supervision (Grade C Violation) | August 7, 2008 |
| SEVEN | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision (Grade C Violation) | |

DEFENDANT: CLAUDE HALL, JR.  
CASE NUMBER: 8:06-cr-426-T-30MSS  
Judgment - Page 2 of 3

| | | |
|---|---|---|
| EIGHT | New conviction of conduct, Driving While License Revoked - Habitual Offender, while on supervision in violation of the conditions of supervision (Grade C Violation) | January 14, 2009 |
| NINE | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision (Grade C Violation) | |
| TEN | New conviction of conduct, Driving While License Suspended with Knowledge, while on supervision in violation of the conditions of supervision (Grade C Violation) | July 6, 2009 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 21, 2009  
Date of Imposition of Judgment

JAMES S. MOODY, JR.  
UNITED STATES DISTRICT JUDGE

21 July 2009  
Date

DEFENDANT: CLAUDE HALL, JR.  
CASE NUMBER: 8:06-cr-426-T-30MSS  
Judgment - Page 3 of 3

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWELVE (12) MONTHS and ONE (1) DAYS.**

**Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.**

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

   \_\_\_ at _____ a.m. p.m. on _____.

   \_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   \_\_\_ before 2 p.m. on _____.

   __X__ as notified by the United States Marshal.

   \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL